# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2796

_____

| | | |
|---|---|---|
| United States of America, | * | |
| | * | |
| Appellee, | * | |
| | * | |
| v. | * | Appeal from the United States |
| | * | District Court for the |
| Alvin Davis, also known as A.D., | * | Northern District of Iowa. |
| | * | |
| Appellant. | * | [UNPUBLISHED] |

_____

Submitted: August 23, 2001
Filed: August 24, 2001

_____

Before HANSEN, FAGG, and BEAM, Circuit Judges.

_____

PER CURIAM.

Alvin Davis pleaded guilty to conspiring to distribute cocaine base, in violation of 21 U.S.C. § 846, and was sentenced to the statutory minimum of 240 months imprisonment and 10 years supervised release. Having given full consideration to his arguments on appeal, we affirm the judgment of the district court.[1] See 8th Cir. R. 47B.

_____

[1]The Honorable Michael J. Melloy, United States District Judge for the Northern District of Iowa.

A true copy.

Attest:

       CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.